IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYFORD PRYOR                                                                                         PLAINTIFF

v.                                                  Case No. 6:18-cv-6052

OUACHITA RIVER UNIT LAW LIBRARY                                                      DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed July 18, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff Rayford Pryor's case be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) due to his failure to comply with a court order and for his failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge